ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/27/2015 3:13:56 PM
KEITH HOTTLE
CLERK

# ATLAS, HALL & RODRIGUEZ, LLP

ATTORNEYS AT LAW

P.O. BOX 3725  (78502-3725)

818 W. PECAN BLVD.  (78501-2418)

McALLEN, TEXAS

TEL. (956) 682-5501    FAX (956) 686-6109

Atlashall.com

jvale@atlashall.com
(956) 632-8221 Direct Line

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/27/2015 3:13:56 PM
KEITH E. HOTTLE
Clerk

August 27, 2015

Keith E. Hottle, Clerk
FOURTH COURT OF APPEALS DISTRICT
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> RE:  Court of Appeals Number: 04-14-00899-CV
> Trial Court Case Number: 14-07-00119-CVL
> Style: Laura Leticia Zepeda Vasquez, Individually and on behalf of the Estate of Jose Abraham Vasquez, Jr.
> v.
> Legend Natural Gas III, LP, et al

Dear Mr. Hottle:

With regard to the above referenced matter, I am filing this letter as requested by your office over the phone this morning.

Enterprise Products Holdings LLC and Enterprise Products Company (the "Enterprise Defendants") have agreed to allow counsel for other appellees to present oral argument for the appellees' side.  Counsel from our firm will attend and observe argument on behalf of the Enterprise Defendants, but we will not present oral argument.  The Enterprise Defendants continue to assert all arguments raised in their Brief of Appellees.

It is our understanding that the law firm of Davis, Cedillo & Mendoza, Inc., will present oral argument for the appellees' side.  Davis, Cedillo & Mendoza, Inc., represents Legend Natural Gas III, LP, and Legend Natural Gas, LLC, in this appeal.  We do not know if any of the other appellees intend to present oral argument.

AUSTIN OFFICE
7200 N. MoPac Expy., Ste 430
Austin, Texas 78731-2696
Tel. (512) 583-0579
Fax (956) 574-9337

BROWNSVILLE OFFICE
P.O. Box 6369 (78523-6369)
50 W. Morrison Rd., Ste A
Brownsville, Texas 78520-7262
Tel. (956) 574-9333
Fax (956) 574-9337

UVALDE OFFICE
124 N. East Street
Uvalde, Texas 78801-5312
Tel. (830) 278-3100
Fax (844) 272-4209

Please contact us if you should have any questions or need further information.

Very truly yours,

ATLAS, HALL & RODRIGUEZ, LLP

By: /s/ J. Joseph Vale
J. Joseph Vale

Counsel for the Enterprise Defendants

JJV/mt

## Certificate of Service

I certify that the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on the following counsel of record on August 27, 2015 as follows:

| Recipient: | Attorney for: | Served by: |
|---|---|---|
| Jeffrey L. Dorrell (jdorrell@hanszenlaporte.com) **HANSZEN LAPORTE** 11767 Katy Freeway, Suite 850 Houston, Texas 77079 Fax: 713-524-2580 | Plaintiff/appellant Laura Zepeda Vasquez | Electronically if available, or by facsimile |
| William A. Abernethy (babernethy@dakpc.com) Clay E. Coalson (ccoalson@dakpc.com) **DONNELL, ABERNETHY & KIESCHNICK, P.C.** 555 N. Carancahua, Suite 1770 Corpus Christi, Texas 78401-0853 Fax: 361-880-5618 | Defendant/appellee Rosetta Resources Operating, L.P. | Electronically if available, or by facsimile |
| David L. Ortega (dortega@namanhowell.com) James M. "Jamie" Parker, Jr. (jparker@namanhowell.com) Richard McNitzky (rmcnitzky@namanhowell.com) **NAMAN HOWELL SMITH & LEE, PLLC** 1001 Reunion Place, Suite 600 San Antonio, Texas 78216 Fax: 210-785-2964 | Defendants/appellees Lewis Energy Group, LP and Lewis Petro Properties, Inc. | Electronically if available, or by facsimile |

| Brian Miller (brian.miller@roystonlaw.com) Christopher Lowrance (chris.lowrance@roystonlaw.com) Karol S. Furmaga (karol.furmaga@roystonlaw.com) **ROYSTON RAYZOR VICKERY & WILLIAMS L.L.P.** 802 N. Carancahua, Suite 1300 Corpus Christi, Texas 78401-0021 Fax: 361-884-7261 | Defendants/appellees Virtex Operating Company, Inc. and Virtex Holdings, LLP | Electronically if available, or by facsimile |
|---|---|---|
| Isaac J. Huron (ihuron@lawdcm.com) Ramon R. Rodriguez (rrodriguez@lawdcm.com) Celina G. Warren (cwarren@lawdcm.com) **DAVIS, CEDILLO & MENDOZA, INC.** McCombs Plaza, Suite 500 755 E. Mulberry Avenue San Antonio, Texas 78212 Fax: 210-822-1151 | Defendants/appellees Legend Natural Gas III, LP, and Legend Natural Gas, LLC | Electronically if available, or by facsimile |
| Jose E. Garcia (jeg@gvlaw.net) Francisco R. Villarreal (panchov@gvlaw.net) **GARCIA & VILLARREAL, PLLC** 4311 North McColl McAllen, Texas 78504 Fax: 956-630-3631 | Defendant/appellee XTO Energy, Inc. | Electronically if available, or by facsimile |

/s/ J. Joseph Vale
J. Joseph Vale